# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2430
Lower Tribunal No. F08-41578
_____

**Maykel Beiro,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Maykel Beiro, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.